## 23120

Kate Townsend WHITMIRE, Petitioner v. STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent.
(387 S. E. (2d) 250)

Supreme Court

*James D. Calmes, III*, Greenville, *for petitioner.*

*William W. Kehl*, of *Wyche, Burgess, Freeman & Parham,*
Greenville, *for respondent.*

Heard Nov. 14, 1989.

Decided Dec. 11, 1989.

*Per Curiam:*

The writ of certiorari to review the Court of Appeals'
decision in *Whitmire V. State Farm Mutual Automobile
Insurance Company,* Opinion No. 88-MO-058 (filed June 17,
1988) is dismissed as improvidently granted.

Dismissed.